**Electronically Filed
Supreme Court
SCWC-17-0000351
12-JUN-2020
11:40 AM**

SCWC-17-0000351

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellant,

vs.

GAREN B. WINHAM, also known as GAREN B.M. WINHAM,
GAREN B. WINWARD, GAREN BERNICE MAILE WINHAM,
Petitioner/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000351; CR. NO. 16-1-1356)

ORDER DISMISSING CERTIORARI PROCEEDING
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)


Upon further consideration of the records and files in this case, it appearing that the writ of certiorari herein was improvidently granted,

IT IS HEREBY ORDERED that this certiorari proceeding is dismissed.

DATED: Honolulu, Hawai'i, June 12, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

